**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 3:07cr68/MCR

RICHARD WILKINSON

_____/

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

The above-named Defendant was sentenced in this court on September 26, 2007, with the written Judgment entered October 3, 2007.  (Doc. 36).  This matter is presently before the court on Defendant's Motion to Modify Conditions of Supervised Release.  (Doc. 38).  Specifically, Defendant seeks modification of the absolute prohibition of electronic data devices as provided by special condition 6.  Defendant also seeks modification of special condition 7 which prohibits Defendant from possessing pornographic, sexually oriented, or sexually stimulating materials.  Upon consideration of Defendant's motion and the Government's response (doc. 39), the court will GRANT the motion, In Part.  With regard to special condition 7, the court denies Defendant's request for modification based upon the evaluation report of clinical psychologist Chris Robinson, Ph.D.  The court grants Defendant's request as to special condition 6 and modifies that condition as follows:

The defendant shall not possess or use a computer, cellular telephone, or any device with access to any on-line service at any time (including employment) at any location without prior written approval from the probation officer.  This includes access through any Internet service provider, bulletin board system, e-mail system, or any public or private computer network system.  The defendant shall permit routine inspection of his/her computer system or any other computer system maintained at the defendant's residence to include hard drives and any media storage materials, to confirm adherence to this condition.  The inspection shall be no more intrusive than is necessary to ensure

Page 2 of  2

compliance with defendant's conditions of supervision.  The defendant shall inform his/her employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provisions of the condition.

**DONE and ORDERED** this 1st day of November, 2007.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**